64

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) THE CONNECTICUT DEPARTMENT ) OF PUBLIC UTILITY CONTROL, ET AL. ) ) Defendants. ) | Oct 6  4 29 PM '03<br><br>FILED<br><br>cw<br><br>Civil Action No. 3:03CV00278 (SRU)<br><br><br><br>OCTOBER 6, 2003 |

### THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY'S MOTION FOR PERMISSION TO FILE BRIEF IN EXCESS OF FORTY PAGES

The Southern New England Telephone Company ("SNET") respectfully requests that the Court grant it permission to file its Memorandum in Opposition to Motions to Dismiss and for Summary Judgment Filed by the Defendants and Intervening Defendants and in Further Support of its Motion for Summary Judgment ("Brief") which exceeds forty pages. The extra pages are necessary for SNET to address the numerous arguments made by the defendants in their separate briefs concerning not only issues of jurisdiction, but the merits of the case.

SNET's Brief is also filed this day and is 42 pages long.

[Handwritten in left margin: "Granted. The clerk shall docket the oversize brief. I was 10/28/03. So ordered."]