

■ Tyler Cooper
■ & Alcorn, LLP
*Counsellors at Law*

FILED
2003 NOV -7 P 2:56
US DISTRICT COURT
BRIDGEPORT CT

Timothy P. Jensen
203.784.8228
Fax: 203.789.8069
jensen@tylercooper.com

205 Church Street
P.O. Box 1936
New Haven, CT
06509-1910
203.784.8200

New Haven
Hartford
Stamford
Madison

November 4, 2003

The Honorable Stefan R. Underhill
United States District Court
915 Lafayette Blvd.
Bridgeport, Connecticut 06604

Re:  **Southern New England Telephone Company v. Connecticut Department of Public Utility Control**
     Civil Action No: 3:03CV278 (SRU)

Dear Judge Underhill:

Pursuant to the undersigned's discussion with your Clerk, please consider this letter the parties' joint response in compliance with the Court's Order re: Status dated October 21, 2003.

The parties have just completed their scheduled briefing on cross motions for summary judgment, with the parties' reply briefs filed on October 27, 2003. The parties have stipulated that this case will be decided by summary judgment and there is no need for trial.

Respectfully Yours,

Timothy P. Jensen

cc:  Gail L. Gottehrer, Esq.
     Tatiana D. Eirmann, Esq.
     Kenneth W. Salinger, Esq.
     David L. Belt, Esq.