## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | Civil Action No.: |
| Plaintiff, | 3:03 CV 00278 (SRU) |
| v. | November 12, 2004 |
| CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL, et al., | |
| Defendant. | |

### MOTION FOR ADMISSION
### *PRO HAC VICE* OF BRIAN T. FITZGERALD

Pursuant to Rule 83.1(d) of the Local Rules of this Court, Defendant Cox Connecticut Telcom, L.L.C. ("Cox") hereby moves for an order allowing the admission of Brian T. FitzGerald, a partner practicing with the firm of LeBoeuf, Lamb, Greene & MacRae, LLP in Albany, New York, and a member in good standing of the bar of the state of New York, as attorney *pro hac vice* to argue or try the above-referenced case in whole or in part as counsel.

This motion is based upon the attached Affidavit of Brian T. FitzGerald. A proposed order is attached.

Respectfully submitted,

Dated: November 12, 2004

By: _Gail Gott_____

Thomas G. Rohback (CT-01096)
Gail L. Gottehrer (CT-19346)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555
Attorneys for Defendant

E-mail: trohback@llgm.com
E-mail: glgotteh@llgm.com