UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | Civil Action No.: |
| Plaintiff, | 3:03 CV 00278 (SRU) |
| v. | |
| CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL, et al., | |
| Defendant. | |

FILED

2004 NOV 15  A 10: 17

U.S. DISTRICT COURT

**AFFIDAVIT OF BRIAN T. FITZGERALD
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned, Brian T. FitzGerald, having been duly sworn, hereby deposes and says as follows:

1.  I am an attorney practicing law with the firm LeBoeuf, Lamb, Greene & MacRae, LLP, 99 Washington Avenue, Suite 2020, Albany New York 12210-2820, telephone number 518-626-9000, facsimile number 518-626-9010, and email address bfitzger@llgm.com. I make this affidavit in support of the motion for my admission *pro hac vice* on behalf of Defendant Cox Connecticut Telcom, L.L.C.

2.  I am a member in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bar of the state of New York (1991), Connecticut (1990), Rhode Island (2002) and the District of Columbia (1992). I am also admitted to practice in the United States District Court for the Northern District of New York, having been admitted to practice in that court in 1995.

3.  I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated at Albany, New York this 9th day of November, 2004.

_____
Brian T. FitzGerald

Subscribed and sworn to before me
this 9th day of November, 2004.

_____
Notary Public

My Commission Expires: 1/3/06

CAROL L. CLARK
Notary Public, State of New York
Qualified in Albany County
No. 01CL5022286
Commission Expires Jan. 3, 20 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | : Civil Action No.: |
| Plaintiff, | : 3:03 CV 00278 (SRU) |
| v. | : |
| CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL, et al., | : |
| Defendant. | : |

**ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF BRIAN T. FITZGERALD**

The Court, having duly considered the Motion for Admission *Pro Hac Vice* of Brian T. FitzGerald and the Affidavit of Brian T. FitzGerald in support thereof, hereby orders that the motion is GRANTED. The admitted attorney, Brian T. FitzGerald, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

Dated: _____                         _____
                                                United States District Judge
                                                Stephan R. Underhill

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2004, I caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Brian T. FitzGerald to be mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure, first class postage prepaid to:

Keith M. Krom, Esq.
The Southern New England Telephone Company
310 Orange Street
New Haven, CT 06510

Timothy P. Jensen, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910

Tatiana D. Eirmann, Esq.
Assistant Attorney General
Office of the Attorney General
10 Franklin Square
New Britain, CT 06051

Kenneth W. Salinger, Esq.
John Bennett, Esq.
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613

David L. Belt, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

_____
Gail L. Gottehrer