UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------x
THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY,

                            **APPEARANCE**

            Plaintiff,

   v.

THE CONNECTICUT DEPARTMENT OF
PUBLIC UTILITY CONTROL, DONALD W.
DOWNES, LINDA J. KELLY, GLENN ARTHUR,
JOHN W. BETKOSKI, III, and JACK        Civil Action No. 3:03CV00278 (SRU)
GOLDBERG, in their capacities as Commissioners
of the Connecticut Department of Public Utility
Control,

           Defendants.
------------------------------------x

*To the Clerk of this court and all parties of record*:

*Enter my appearance as counsel in this case for* Defendant Cox Connecticut Telcom, L.L.C.

November 23, 2004
*Date*

                               [Signature]
                               *Signature*

ct-26427
*Conn. Federal Bar Number*

                               Brian T. FitzGerald
                               *Print Name*

                               LeBoeuf, Lamb, Greene & MacRae, L.L.P.
                               *Firm Name*

                               99 Washington Avenue, Suite 2020
                               *Address*

                               Albany        NY       12210-2820
                               *City*         *State*     *Zip Code*

                               (518) 626-9311
                               *Phone Number*

                               (518) 626-9010
                               *Fax Number*

                               bfitzger@llgm.com
                               *E-mail address*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2004, I caused a true and correct copy of the foregoing Appearance of Brian T. FitzGerald to be mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure, first class postage prepaid to:

Keith M. Krom, Esq.
The Southern New England Telephone Company
310 Orange Street
New Haven, CT 06510

Timothy P. Jensen, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910

Tatiana D. Eirmann, Esq.
Assistant Attorney General
Office of the Attorney General
10 Franklin Square
New Britain, CT 06051

Kenneth W. Salinger, Esq.
John Bennett, Esq.
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613

David L. Belt, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

_____
Jaimie Hurwit