**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:03CV00278 (SRU) |
| | : | |
| THE CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL, ET AL., | : | |
| Defendants. | : | |

**NOTICE**

The current action stems from an investigation by the Connecticut Department of Public Utility Control, Docket No. 02-01-23, <u>Petition of Cox Connecticut Telecom, L.L.C. for Investigation of the Southern New England Telephone Company's Transit Service Cost Study and Rates</u>. In light of the department's recent decision to reopen the investigation, oral arguments scheduled for December 1, 2004, have been postponed.

As discussed during the phone conference on November 29, 2004, the parties shall contact the court upon the release of the department's decision to determine whether further briefing or oral arguments are necessary. In addition, at any time any party may contact the court to schedule a status conference.

Dated at Bridgeport this 30th day of November 2004.

    /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge