


RICHARD BLUMENTHAL
ATTORNEY GENERAL

**DEC 0 1 2004**

10 Franklin Square
New Britain, CT 06051-2605

Tel. (860) 827-2620
Fax. (860) 827-2893

Office of The Attorney General
## State of Connecticut

November 26, 2004

Clerk U.S. District Court
U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

**Re: Civ. Action No. 3:03 CV312 (SRU) / <u>Southern New England v. CT Dept. of Pub., et al.</u>
Civ. Action No. 3:03CV00278 (SRU) / <u>Southern New England v. CT Dept. of Pub., et al.</u>**

Dear Sir or Madam:

The attached material was received in our office on Wednesday, November 24, 2004, requesting the e-mail of Robert S. Golden, Jr., Esq. Attorney Golden left the Office of the Attorney General in June 2003. Please remove Attorney Golden from the above referenced cases

Should there be any questions concerning this change, please do not hesitate to contact me.

Very truly yours,

Joann K. Smulski
Administrative Assistant

jks
Enclosure

cc:    The Honorable Stefan R. Underhill
       All Parties