Southern New England Telephone
310 Orange Street 8th Floor
New Haven, Connecticut 06510
Phone (203) 771-0902
Fax (203) 771-6577

**George M. Moreira**
Senior Counsel

January 26, 2005

Court Clerk
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   The Southern New England Telephone Company v. Department of Public Utility Control, et al.
      Civil Action No:  3:03-CV00278 (SRU)

Dear Sir or Madam:

    Enclosed please find my appearance for The Southern New England Telephone Company to be entered in the above-captioned proceeding.  Also enclosed is a diskette containing a .pdf version of the appearance.  Please date stamp and return the enclosed copy to my attention in the enclosed, self-addressed envelope.

                                            Sincerely,

Enclosure

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY** | **APPEARANCE** |
| **Plaintiff,** | **CIVIL ACTION NO: 3:03-CV00278-SRU** |
| v. | |
| **THE CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL, DONALD W. DOWNES, LINDA J. KELLY, GLENN ARTHUR, JOHN W. BETKOSKI, III, and JACK R. GOLDBERG, in their official capacities as Commissioners of the Connecticut Department of Public Utility Control, et al.** | |
| **Defendants.** | |

*To the Clerk of this court and all parties of record:*

*Enter my appearance as counsel in this case for* **Plaintiff, THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY.**


**January 26, 2005**
*Date*

**ct 15234**
*Conn. Federal Bar Number*

_____
*Signature*

**George M. Moreira**
*Print Name*

**The Southern New England Telephone Company**
*Firm Name*

**310 Orange Street**
*Address*

**New Haven         CT         06510**
*City                State        Zip Code*

**(203) 771.0902**
*Phone Number*

**(203) 771.6577**
*Fax Number*

**George.M.Moreira@sbc.com**
*E-mail address*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this 26$^h$ day of January, 2005 to the following:

Timothy P. Jensen
Tyler, Cooper & Alcorn
205 Church St., P.O. Box 1936
New Haven, CT 06509-1910
203-784-8200
Fax: 202-789-8069

David L. Belt
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., P.O. Box 606
New Haven, CT 06503-0001
203-772-3100
Fax: 203-772-1691

Tatiana D. Eirmann
Attorney General's Office
Public Utility Control
10 Franklin Square
New Britain, CT 06051
860-827-2620

John T. Bennett
Palmer & Dodge
111 Huntington Avenue
Boston, MA 02199
617-239-0670

Katherine A. Davenport
Palmer & Dodge
111 Huntington Avenue
Boston, MA 02199
617-239-0481

Kenneth W. Salinger
Palmer & Dodge
111 Huntington Avenue
Boston, MA 02199
617-239-0481

Brian Fitzgerald
LeBoeuf, Lamb, Greene & MacRae, LLP-Albany-NY
99 Washington Avenue
Suite 2020
Albany, NY 12210-2820
518-626-9000
Fax: 518-626-9010

Gail L. Gottehrer
LeBoeuf, Lamb, Greene & MacRae
Goodwin Square
225 Asylum St.
Hartford, CT 06103
860-293-3500

Thomas G. Rohback
LeBoeuf, Lamb, Greene & MacRae
Goodwin Square
225 Asylum St.
Hartford, CT 06103
860-293-3500
Fax: 860-293-3555

_____
George M. Moreira
ct15234