UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------- x
THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY,

                 Plaintiff,

v.

THE CONNECTICUT DEPARTMENT OF
PUBLIC UTILITY CONTROL et al.,

                 Defendants.
------------------------------------- x

Civil Action No. 3:03CV00278 (SRU)

**STIPULATION OF DISMISSAL BETWEEN SNET AND COX**

April 28, 2005

FILED 2005 APR 29 A 10:25
U.S. DISTRICT COURT
BRIDGEPORT CONN

WHEREAS, plaintiff Southern New England Telephone Company ("SNET") and defendant Cox Connecticut Telcom, L.L.C. ("Cox") have reached a settlement in this matter,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for SNET and Cox, that all claims asserted in this action by plaintiff SNET against defendant Cox be, and the same hereby are, dismissed with prejudice and with each side to bear its own costs.

Dated: April 27, 2005

LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.

By: _____
Thomas G. Rohback (CT-01096)
Gail L. Gottehrer (CT-19346)
225 Asylum Street, 13th Floor
Hartford, CT 06103
(860) 293-3500
(860) 293-3730 (fax)
E-mail: trohback@llgm.com
E-mail: glgotteh@llgm.com
Counsel for Defendant Cox
Connecticut Telcom, L.L.C.

Dated: April 20, 2005

TYLER, COOPER & ALCORN, LLP

By: _____
Timothy P. Jensen, Esq. (CT-18888)
Tyler, Cooper & Alcorn, LLP
205 Church Street
PO Box 1936
New Haven, CT 06510-1910
(203) 784-8200
(203) 789-2133 (fax)
E-mail: jensen@tylercooper.com
Counsel for Plaintiff The Southern
New England Telephone Company

SO ORDERED

This ____ day of _____, 2005

_____
Stefan R. Underhill, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2005, I caused a true and correct copy of the foregoing Stipulation of Dismissal Between SNET and Cox to be mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure, first class postage prepaid to:

Keith M. Krom, Esq.
The Southern New England Telephone Company
310 Orange Street
New Haven, CT 06510

Timothy P. Jensen, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910

Tatiana D. Eirmann, Esq.
Assistant Attorney General
Office of the Attorney General
10 Franklin Square
New Britain, CT 06051

Kenneth W. Salinger, Esq.
John Bennett, Esq.
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613

David L. Belt, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

_Gail Gottehrer_
Gail L. Gottehrer