UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, ) ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) | Civil Action No. 3:03CV00278 (SRU) |
| ) | |
| THE CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL, ET AL. ) ) ) ) | |
| Defendants. ) | DECEMBER 8, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the undersigned parties to the above-captioned action hereby stipulate that this action be voluntarily dismissed and without costs or attorneys' fees to any party.

Respectfully Submitted,

PLAINTIFF,
THE SOUTHERN NEW ENGLAND
 TELEPHONE COMPANY

By_____
Timothy P. Jensen
 Fed Bar No. ct 18888
 TYLER, COOPER & ALCORN, LLP
 205 Church Street
 P.O. Box 1936
 New Haven, Connecticut  06510-1910
 Telephone:   (203) 784-8200
 Facsimile:   (203) 789-2133
 E-Mail:   jensen@tylercooper.com

DEFENDANT
DEPARTMENT OF PUBLIC UTILITY CONTROL,
DONALD W. DOWNES, JACK R. GOLDBERG,
JOHN W. BETKOSKI III, LINDA J. KELLY and
ANNE C. GEORGE

_____
Tatiana D. Eirmann
Assistant Attorney General
10 Franklin Sq.
New Britain, CT 06051
(860) 827-2620
FAX: (860) 827-2893
Tatiana.Eirmann@po.state.ct.us

INTERVENING DEFENDANT
AT&T COMMUNICATIONS OF
NEW ENGLAND, INC.

_____
Kenneth W. Salinger
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0561
ksalinger@eapdlaw.com

2

## NOTICE OF FILING AND SERVICE

I hereby certify that on December 8, 2005, a copy of Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Timothy P. Jensen